NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NETFLIX, INC.,**
*Appellant*

**v.**

**AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED,**
*Appellee*

---

2022-1800, 2022-2208

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-01582, IPR2021-00542.

---

## JUDGMENT

---

HARPER BATTS, Sheppard Mullin Richter & Hampton LLP, Menlo Park, CA, argued for appellant. Also represented by JEFFREY LIANG, CHRISTOPHER SCOTT PONDER.

DAN YOUNG, Quarles & Brady LLP, Littleton, CO, argued for appellee. Also represented by KENT DALLOW; CHAD KING, King IAM LLC, Lone Tree, CO.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, HUGHES, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 11, 2024
Date

Jarrett B. Perlow
Clerk of Court